1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JUAN SOTO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO.  1:06-cr-00029 AWI
                                       )
12              Plaintiff,             )   STIPULATION CONTINUING STATUS
                                       )   CONFERENCE HEARING;
13       v.                            )    ORDER THEREON
                                       )
14  JUAN SOTO, Et al.,                 )   Date:  August 21, 2006
                                       )   Time:  9:00 A.M.
15              Defendants.            )   Judge: Hon. Anthony W. Ishii
                                       )
16  _____  )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the **status conference hearing in the above-referenced matter now set for July 17, 2006,**

20  **may be continued to August 21, 2006, at 9:00 A.M. and set for change of plea or further status**

21  **conference hearing.**

22       This continuance is requested by counsel for defendant Juan Soto because defendant recently

23  underwent a surgical procedure and is not able to come to court.  Also, additional time is needed to

24  conclude plea negotiations.

25  ///

26  ///

27  ///

28  ///

1    The parties also agree that any delay resulting from this continuance shall be excluded in

2  the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

3                                            McGREGOR W. SCOTT
                                             United States Attorney
4

5  DATED: July 13, 2006                      By   /s/  Virna L. Santos
                                                  VIRNA L. SANTOS
6                                                 Assistant U.S. Attorney
                                                  Attorney for Plaintiff
7

8                                            DANIEL J. BRODERICK
                                             Federal Public Defender
9

10 DATED: June 13, 2006                      By   /s/ Victor M. Chavez
                                                  VICTOR M. CHAVEZ
11                                                Assistant Federal Defender
                                                  Attorney for Defendant
12                                                JUAN SOTO

13

14 DATED:  June 13, 2006                          /s/  Nicholas F. Reyes
                                                  NICHOLAS F. REYES
15                                                Attorney for Defendant
                                                  JOSE SOTO
16

17

18                                  **O R D E R**

19     **IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

20 §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

21

22 IT IS SO ORDERED.

23 **Dated:    July 14, 2006**                      **/s/ Anthony W. Ishii**
   0m8i78                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stipulation Continuing Status Conference/Motions
Hearing; [Proposed] Order Thereon

                                    2