McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSE SOTO,<br><br>　　　　　Defendant. | NO. 1:06CR00029 AWI<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING<br><br>HON. ANTHONY W. ISHII |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney for plaintiff and NICHOLAS F. REYES, attorney for defendant, that the sentencing hearing currently scheduled for May 14, 2007 be continued to **May 21, 2007 at 9:00 a.m.**

///

///

///

///

///

///

1

This continuance is necessary due to the unavailability of counsel.

IT IS SO STIPULATED.

Dated:  May 8, 2007                                         Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


By /s/ Virna L. Santos
 VIRNA L. SANTOS
Assistant U.S. Attorney


Date: May 8, 2007                                          By /s/ Nicholas F. Reyes
 NICHOLAS F. REYES
Attorney for Defendant Manuel Urena


**ORDER**

The parties stipulated request to continue the sentencing hearing on this matter to **May 21, 2007** is hereby **GRANTED**.

IT IS SO ORDERED.

**Dated:   May 8, 2007**                                     /s/ Anthony W. Ishii
                                                                       UNITED STATES DISTRICT JUDGE