McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06CR00029 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING |
| ) | (***AMENDED STIPULATION AS*** |
| v. ) | ***TO NEW SENTENCING DATE***) |
| ) | |
| JOSE SOTO, ) | HON. ANTHONY W. ISHII |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney for plaintiff and NICHOLAS F. REYES, attorney for defendant, that the sentencing hearing currently scheduled for May 14, 2007 be continued to **May 29, 2007 at 9:00 a.m.**

///

///

///

///

///

///

1

This continuance is necessary due to the unavailability of counsel.

IT IS SO STIPULATED.

Dated: May 10, 2007                                   Respectfully submitted,

                                                            McGREGOR W. SCOTT
                                                            United States Attorney

                                                            By /s/ Virna L. Santos
                                                              VIRNA L. SANTOS
                                                            Assistant U.S. Attorney

Date: May 8, 2007                                     By /s/ Nicholas F. Reyes
                                                              NICHOLAS F. REYES
                                                            Attorney for Defendant Jose Soto

**ORDER**

The parties stipulated request to continue the sentencing hearing on this matter to **May 29, 2007** is hereby **GRANTED**.

IT IS SO ORDERED.

**Dated:   May 10, 2007**                              /s/ Anthony W. Ishii
                                                                          UNITED STATES DISTRICT JUDGE