

FILED
JUN 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>     Plaintiffs, )<br>          )<br>     vs.  )<br>          )<br>JOSE SOTO,     )<br>          )<br>     Defendant. )<br>_____) | No. 1:06-CR-00029-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced regarding the Violation of Supervised Release on June 15, 2009 on his own recognizes to self surrender himself to Turning Point for 98 days, followed by continued supervised release,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 6-15-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1