```
                                              FILED
                                              JUN 18 2009
                                         CLERK U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF CALIFORNIA
                                         BY _____
                                                   DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JOSE SOTO, ) <br> ) <br> Defendant. ) | No. 1:06-CR-00029-AWI <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced regarding the Violation of Supervised Release on June 15, 2009 on his own recognizes to self surrender himself to Turning Point for 98 days, to commence on June 19, 2009 at 3:00 p.m. followed by continued supervised release,

DATED: 6-18-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1